AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **PENNSYLVANIA**

TODD ELSTON

**JUDGMENT IN A CIVIL CASE**

V.

UPMC-PRESBYTERIAN SHADYSIDE

Case Number:   02:06-CV-329

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered on the Amended Verdict Slip, in favor of the Plaintiff, Todd Elston and against defendant, UPMC-Presbyterian Shadyside in the amount of total damages $146,050.00.

JUDGMENT IS HEREBY ENTERED ACCORDINGLY

_____
Terrence F. McVerry
United States District Judge

March 26, 2008
Date

Robert V. Barth, Jr.
Clerk

Kelly LaMantia
(By) Deputy Clerk